IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAPA JOHN'S INTERNATIONAL, INC., a )
Delaware corporation, and PAPA JOHN'S )
FOOD SERVICE, INC., a Kentucky )
corporation, )
                                              )
            Plaintiffs, )
                                              )
    vs.                                       )    No. 04 C 3131
                                              )
ANTOIN S. REZKO, an individual resident of )
Illinois, et al., )
                                              )
            Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff brought a lawsuit against some allegedly subsequent actors in this action. Judge Shadur dismissed the action, concluding that the claims should have been brought here (a conclusion with which we agree). Plaintiff acted on that decision; it seeks to amend the complaint here to add defendants and claims. The new defendants (although they are not yet parties, but we ignore that) contend that any amendment would be futile, comes too late and would unfairly expand the lawsuit. We disagree. The motion for leave to file a third amended complaint is granted.

The amendments largely allege that the new defendants are answerable for the alleged transgressions of the original defendants. That is, they took over some of the original defendants' franchises before plaintiff terminated any of the franchises and they did so without the plaintiff's required approval. Then they continued to operate the franchises after termination and to use plaintiff's intellectual property, and failed to pay any royalties or otherwise live up to the obligations of a franchisee. We cannot say those claims are futile, although some may be a stretch, *e.g.*, that Papa Tony's infringes and dilutes Papa John's.

The lawsuit has been a moving target from the start. Hopefully this amendment will

permit the parties to go forward with discovery, with the claims by and against all possibly interested parties now included.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 3, 2006.