IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAPA JOHN'S INTERNATIONAL, INC., a )
Delaware corporation, and PAPA JOHN'S )
FOOD SERVICE, INC., a Kentucky )
corporation, )
                                   )
                Plaintiffs, )
                                   )
          vs. ) No. 04 C 3131
                                   )
ANTOIN S. REZKO, an individual resident of )
Illinois, et al., )
                                   )
                Defendants. )

## MEMORANDUM OPINION AND ORDER

Defendants Antoin Rezko and certain companies of which he is principal move to stay discovery because Rezko has been indicted on charges related to this action. Plaintiff objects, pointing out that the corporate defendants have no privilege against self-incrimination, Rezko can always make an election to testify or not testify, and any delay greatly prejudices plaintiff.

We grant the stay, but we do so with a direction that all records of the corporate defendants and all records in the possession of defendant Rezko that may reasonably be deemed discoverable in this action be preserved.

We see no reason to dwell at length on the applicable law. It is well set forth in Cruz v. County of DuPage, 1997 WL 370194 (N.D. Ill.). The ruling on the stay is a discretionary call. Here the two actions, in substantial respects, involve the same subject matter. Rezko has been indicted. His companies have not been indicted and, in any event, have no privilege. But, we are led to believe, they are out of business and any information from them would largely require the assistance of Rezko. Because they are out of business there is little likelihood that

a delay will have any adverse effects on the public interest at stake. There is prejudice to plaintiffs – if they are entitled to recover, that recovery will be delayed and may be reduced because the assets of defendants may have gone elsewhere. But delay in a civil action is not uncommon and certainly is less prejudicial than forcing Rezko to testify or abandon any meaningful defense by not testifying.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 2, 2007.